**Order entered October 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00621-CR
No. 05-22-00622-CR
No. 05-22-00623-CR

**WILSON ALEJANDRO MONTOYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00780-I, F19-00781-I & F19-00779-I**

**ORDER**

Before the Court is the October 12, 2022 request of court reporter Vicki L. Tuck for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed by **November 11, 2022**. *See* TEX. R. APP. P. 35.3(c) (limiting extensions of time to file record to thirty days).

/s/    LANA MYERS
           JUSTICE